IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02519-PAB-KLM

HENRY SCHNEIDMAN, an individual,

    Plaintiff,

v.

48STRAIGHT INVESTMENTS, LLC, an Idaho limited liability company,
KMN SKIING, INC., an Idaho corporation,
48STRAIGHT LLC, a Colorado limited liability company, and
KIPP M. NELSON, an individual,

    Defendants.
_____

## MINUTE ORDER
_____
### ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

    This matter is before the Court on Plaintiff's **Unopposed Motion to Amend Complaint** [Docket No. 19; Filed December 14, 2009] (the "Motion").  Plaintiff's Complaint currently contains a claim against Defendant 48Straight for breach of express or implied employment contract.  After considering Defendant 48Straight's argument in its motion to dismiss that claim, Plaintiff acknowledges that the claim is more appropriately pled as a promissory estoppel claim and seeks leave to amend his Complaint.

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Clerk is directed to file the First Amended Complaint attached to the Motion.

Dated:  December 15, 2009