IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02519-PAB-KLM

HENRY SCHNEIDMAN, an individual,

     Plaintiff,

v.

48STRAIGHT INVESTMENTS, LLC, an Idaho limited liability company,
KMN SKIING, INC., an Idaho corporation,
48STRAIGHT LLC, a Colorado limited liability company, and
KIPP M. NELSON, an individual,

     Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on Plaintiff's **Unopposed Motion for Leave to Attach Exhibits to Plaintiff's First Amended Complaint** [Docket No. 23; Filed December 16, 2009] (the "Motion").  Plaintiff filed an Unopposed Motion to Amend Complaint [Docket No. 19], which was granted by the Court [Docket No. 21].  The First Amended Complaint was attached to that motion, and the Court directed the Clerk to file it.  However, the First Amended Complaint did not include the necessary exhibits.

     IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Clerk is directed to file Exhibits A through E, which are attached to the Motion, as attachments to the First Amended Complaint.

Dated:  December 17, 2009