IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02519-PAB-KLM

HENRY SCHNEIDMAN, an individual,

    Plaintiff,

v.

48STRAIGHT INVESTMENTS, LLC, an Idaho limited liability company,
KMN SKIING, INC., an Idaho corporation,
48STRAIGHT LLC, a Colorado limited liability company, and
KIPP M. NELSON, an individual,

    Defendants.

## MINUTE ORDER

### ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

This matter is before the Court on Defendant 48Straight, LLC's **Unopposed Motion to Enter Stipulated Protective Order** [Docket No. 54; Filed May 7, 2010] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

IT IS FURTHER **ORDERED** that the Stipulated Protective Order is accepted for filing and entered, with interlineations, as an Order of the Court as of today's date.

Dated: May 10, 2010